IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02135-WYD-MJW

MARINO BERNARD SCOTT,

Plaintiff,

v.

NORMA M. HILDE, (SIS Tech/Office) and
TIMOTHY M. POLAND, (Mailroom Officer),

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

  Upon review of the Response (Docket No. 29) to the court's Order to Show Cause (Docket No. 28), it is hereby **ORDERED** that the court will not strike plaintiff's prior filings in this action, but the plaintiff shall from this point forward sign his submissions to this court with his legal name.  Any further filings signed as Morino-Bernard: Hester as Authorized Representative or the like shall be stricken and not considered by this court.

  It is further **ORDERED** that the Defendants' Motion to Stay Pending Resolution of Order to Show Cause Issue Regarding Signature on Plaintiff's Pleadings **(Docket No. 35)** is **granted in part and denied in part**.  It is granted to the extent that the defendants shall have up to and including March 1, 2011, to answer or otherwise respond to the Amended Complaint.  The motion is denied in all other respects as moot.

  It is further **ORDERED** that the plaintiff's Declaration For Entry of Default **(Docket No. 30)** and Motion for Default Judgment **(Docket No. 40)** are **denied without prejudice**.  The defendants were not served until December 17, 2010 (see Docket Nos. 33 and 34).  Therefore, they were not required to answer or otherwise respond to the Amended Complaint until February 15, 2011, which was extended above to March 1, 2011.

  It is further **ORDERED** that the defendants shall have up to and including March 8, 2011, to respond to the plaintiff's Order to Cause for a - Injunction - A Temporary Restraining Order (Docket No. 21) and to the plaintiff's Motion for Preliminary Injunction/TRO (Docket No. 26).

2

It is further **ORDERED** that the plaintiff's Motion for an Order Compelling Discovery **(Docket No. 37)** is **denied as premature**. Absent stipulation or court order, plaintiff may not engage in discovery until the parties have had a Rule 26(f) meeting prior to a scheduling conference. See Fed. R. Civ. P. 26(d)(1). A scheduling conference has not yet been set in this matter. Therefore, defendants are not required to respond to the interrogatories plaintiff purportedly sent in December 2010.

Date: February 14, 2011