IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02135-WYD-MJW

MARINO BERNARD SCOTT,

Plaintiff,

v.

NORMA M. HILDE, (SIS Tech/Office) and
TIMOTHY M. POLAND, (Mailroom Officer),

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion for Leave to File a Supplement Complaint (Rule 15(c)) (Docket No. 50) is denied without prejudice.  Plaintiff has not tendered a proposed supplemental complaint that include the claims made in the current operative pleading and the new claims he seeks to add.  It is not the court's function to extrapolate the claims plaintiff seeks to add from the exhibits submitted with his motion.

Date: April 15, 2011