IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02135-WYD-MJW

MARINO BERNARD SCOTT,

Plaintiff,

v.

NORMA M. HILDE, (SIS Tech/Office) and
TIMOTHY M. POLAND, (Mailroom Officer),

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's second Motion for Leave to File a Supplement Complaint (Rule 15(c)) (Docket No. 54) is denied without prejudice. Plaintiff has once again not tendered a proposed supplemental complaint that include the claims made in the current operative pleading and the new claims he seeks to add.

Date: April 27, 2011