IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02135-WYD-MJW

MARINO BERNARD SCOTT,

Plaintiff,

v.

NORMA M. HILDE, (SIS Tech/Office) and
TIMOTHY M. POLAND, (Mailroom Officer),

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Motion to Add Support to Plaintiff's Pending Preliminary Injunction/TRO Motions (Docket No. 51) is granted.  The court has considered the additional support submitted by plaintiff when issuing its report and recommendation on the pending motions for injunctive relief.  It is further

ORDERED that the Plaintiff's Motion to Show Cause Why Preliminary Injunction/TRO Should be Heard Imediately [sic] (Docket No. 58) is denied as moot in view of the report and recommendation issued on the pending motions for injunctive relief.

Date: June 20, 2011